WURSTER et al., Appellants, v. CITY O NEW YORK et al., Respondents. (Suprem Court, Appellate Division, Second Department

March 31, 1910.) Action by Frederick W. Wurster and others against the City of New York and others.

PER CURIAM. Motion for leave to appeal to the Court of Appeals granted, and questions certified as follows: First. Can the plaintiffs maintain this action? Second. May the Supreme Court, in its discretion, grant the injunction asked for "pendente lite"? See, also, 120 N. Y. Supp. 1029.